IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　PLAINTIFF | CIVIL ACTION NO. 6:09-CV-00054 |
| vs. | O R D E R |
| CERTAIN VISUAL DEPICTIONS<br>OF NUDE MINORS, ET AL.,<br>　　　　　　　DEFENDANTS | JUDGE NORMAN K. MOON |

　　　　The docket in this matter has remained inactive since August 19, 2011, when the parties conducted a settlement conference, with no further report to the court. Rule 41(b) of the Federal Rules of Civil Procedure provides that an action may be dismissed "[i]f the plaintiff fails to prosecute . . . ." "A district court may dismiss an action for lack of prosecution, either upon motion by a defendant pursuant to Federal Rule of Civil Procedure 41(b) or on its own motion." *McCargo v. Hedrick*, 545 F.2d 393, 396 (4th Cir. 1976). In addition to the authorization provided by Rule 41(b), a district court retains an "inherent power" to dismiss for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

　　　　Accordingly, it is hereby ordered that this case shall be and hereby is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute.[*]

　　　　The Clerk of this Court is directed to certify copies of this order to all counsel of record.

　　　　Entered this 25th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[*] Paragraph 4 of the pretrial order entered in this matter on July 27, 2010, states that, "[i]f the case settles before trial and the court does not receive a proposed final order within 30 days after the court received oral or written notification of the settlement, the court will dismiss the case with prejudice."